68,426-04

## [COVER LETTER]

**Dear Clerk:** Enclosed you will find my (Pro Se) objections to the Trial Court's Order recommending dismissal of my subsequent writ application. Will you please file these documents and bring them to the attention of the Honorable Judges of the court. I thank you for your assistance with this matter.

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUL 08 2015

Abel Acosta, Clerk

DATE: July 3rd/2015

Respectfully Submitted,

*Adonis Warees Washington*

ADONIS WAREES WASHINGTON

899 F.M. 632 CONNALLY UNIT

KENEDY, TEXAS 78119

(Pro Se)

NO. 2001-CR-1015-W3

| | | |
|---|---|---|
| EX PARTE | § | IN THE DISTRICT COURT |
| ʿʿʿʿʾ | § | 175TH JUDICIAL DISTRICT |
| ADONIS WAREES WASHINGTON | § | BEXAR COUNTY, TEXAS |

## APPLICANT'S OBJECTION(S) TO THE HABEAS COURT'S

## ORDER RECOMMENDING DISMISSAL OF HIS SUBSEQUENT APPLICATION

**TO THE HONORABLE JUDGE/JUDGES OF SAID COURT:**

Comes now, **Adonis Warees Washington**, Applicant in the above styled and numbered cause and files this his written objection(s) to the Habeas Court's Order recommending dismissal of his subsequent application under § 11.07 4(a). These objections are brought forth pursuant to Tex. C.C.P. art's 11.10, 11.49, 39.05 and Tex. R. App. P. Rule(s) 10 et seq., 33.1 et seq. and 38.7.

### I.

The Applicant (Washington) now presents the following objections to the Habeas Court's Order recommending dismissal of his subsequent application under § 11.07 4(a)(2), and for good cause presents the following:

### II.

Washington petitions this Honorable Court to hold his § 11.07 habeas corpus writ application in [A]beyance and remand this cause back to the trial court for a hearing to resolve the interpretation of a [f]actual finding that the **culpable mental state** associated with his conviction for [intent]ional

(1).

murder was never established by the evidence presented at his trial. The nature of this statement in conjunction with the allegations of fact inside of Washington's subsequent writ application "<u>clearly</u>" make a **prima facie** actual innocence claim showing that by a preponderance of the evidence, but for a **violation** of the **United States Constitution**, [no] rational juror could have found him guilty beyond a reasonable doubt. **Tex. Code. Crim. Proc. art. 11.07 § 4(a)(2).**

The trial court(**i.e.**, **Judge Mary Roman**) has recently contested both the actual and constitutional nature of it's previous factual finding that the **record evidence**(in Washington's cause) [**does not show**] **that the shooting in his case was intentional.** Washington asks at the very least, that the same court which issued this exonerative statement, be given an oppurtunity -**on remand**- to definatively explain the expressive nature of it's own factual finding on page five(5) of the appendix marked as B.(**see** lines 20-23).

## V.

## CONCLUSION

Washington tenders that the above enlisted objections in the instant case, as the District Court's determination for dismissal are clearly erroneous and do not line up with the jurisprudence of the State of Texas [or] the United States Constitution.

## PRAYER FOR RELIEF

(**A**)    Washington **prays** that this **Honorable Court** would hold his habeas corpus writ application in **Abeyance** and **Remand** his cause back to the trial court for further proceedings. Washington feels that a [h]earing will help adequately resolve the constitutional aspects which are associated with the factual allegation(s) inside of his habeas application.

(**B**)    Washington **prays** that as **a matter of law,** he can obtain a merits review on his claim of **constitutional error** under the **Federal Due Process Clause** of the **Fourteenth Amendment,** which has "**clearly**" resulted in him being convicted of a crime that he is [act]ually innocent of.

(3).

## UNSWORN INMATE DECLARATION

I declare (or certify) under the penalty of perjury that the foregoing is true and correct, and that the Applicant's Objections to the Habeas Court's Order recommending dismissal of his writ application was placed in the unit mailing system on this the **3rd** day of **July** 2015.

Respectfully Submitted,

ADONIS WAREES WASHINGTON
899 F.M. 632 CONNALLY UNIT
KENEDY, TEXAS 78119
TDCJ-ID # 1059435 (Pro Se)

(4).